HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDALL FONTANA,

    Plaintiff,

v.

CITY OF FEDERAL WAY, et al.,

    Defendants.

CASE NO. C11-998 RAJ

ORDER

    This matter comes before the court on plaintiff's motion for reconsideration. Dkt. # 110. Plaintiff seeks reconsideration of the court's dismissal of his *Monell* claim against the City of Federal Way regarding long standing custom or practice.

    Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the court's] attention earlier with reasonable diligence." Local Civ. R. 7(h)(1).

    Plaintiff has not cited this standard or attempted to demonstrate it. Plaintiff's attempt to clarify his argument and provide evidence to the court that was not previously provided, without explanation of why it was not previously provided, does not meet this standard. Additionally, opinions from circuits other than the Ninth Circuit are not

ORDER- 1

1  binding on this court.  Plaintiff has failed to meet his burden of demonstrating manifest
2  error or new facts or law that could not have been brought to the court's attention earlier
3  with reasonable diligence.
4      For all the foregoing reasons, the court DENIES plaintiff's motion for
5  reconsideration.
6      Dated this 11th day of October, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2